# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCELLE RENEE BIRDSONG, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01265-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>November 1, 2016 DEADLINE |

      On September 1, 2016, Defendant filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 6.)

      Accordingly, it is HEREBY ORDERED that:

      1.    All pending matters and dates are VACATED; and

      2.    The parties shall file dispositional documents on or before November 1, 2016.

IT IS SO ORDERED.

Dated:   **September 2, 2016**                                   

                                                  UNITED STATES MAGISTRATE JUDGE